Teofil Brank, pro se.
POB: 3725. FCI-1.
Adelanto, Ca. 92301





FILED
CLERK U.S. DISTRICT COURT
MAY -2 2017
CENTRAL D...

IN THE CENTRAL U.S. DISTRICT OF CALIFORNIA

LA17CV03649-JFW

| | |
|---|---|
| TEOFIL BRANK, pro se, ) | WRIT OF HABEAS CORPUS |
| Petitioner-Plaintiff, ) | PURSUANT TO 28 USC, SECTION §2241. |
| ) | At Issue; |
| v ) | VIOLATION OF TEOFIL BRANK'S SIXTH |
| ) | AMENDMENT RIGHT TO A PUBLIC TRIAL IN |
| UNITED STATES OF AMERICA,) | USA v TEOFIL BRANK #CR-15-131(A)-JFW. |
| Respondent. ) | |

   Now comes Teofil Brank, a layman without the aid of legal counsel and acting on his own behalf, to File this §2241 WRIT OF HABEAS CORPUS based on his being denied his Sixth Amendment Right to a Public Trial.

   Defendant Teofil Brank was charged and pled Not Guilty in Federal Criminal Case #CR-15-131-(A)-JFW and demanded his right to a Jury Trial.

   During these proceedings Teofil Bank was represented by the Federal Public Defender's Office, who were legally and ethically required to be defending Defendant Brank's rights, to have his best interests at heart, and to not have any conflict of interests that interfered in their obligations to their client.

   In this case Teofil Brank's Constitutional Rights under the Sixth Amendment were outrageoully violated in the benefit of the Government's key witness, billionaire Donald Burns, who's extensive political influence afforded him special treatment at the expense of the defendant. This is in spite of the fact this billionaire had admittedly committed far more numerous and greivous state and federal crimes which, in a matter of extreme selective prosecution, were never pursued.

   At Brank's "Public" Jury Trial, Attorney's and Staff from the Public Defender's Office, (who were supposed to be looking after Brank's Rights) got together with Attorney's and Staff from the U.S. Attorney's Office and other government employees in a conspiracy to take-up all of the public seating. This was done to block public access to Teofil Brank's friends and supports, interested parties and most notworthy, the Press. What makes this Sixth Amendment violation more serious is that the Court its self must have known and allowed this to take place.

   For the fore-going Sixth Amendment violations, the demonstrated conflict of interests by the Public Defender's Office, and the Denial of Teofil Brank's Right to a Public Trial, his conviction should be over turned and at the very least, Brank be greated a Public Trial.
   Sworn to on 3/12/2017 as true & correct -
                                          - by: _____
                                                TEOFIL BRANK, pro se.

cc: U.S. Attorney's Office.



TEOFIL BRANK, 68794-112
Federal Correction Institution-1
POB: 3725, FCI-1
Adelanto, Calif. 92301

COURT CLERK
U.S. Courthouse
Room G-8
1100 N. Spring St.
Los Angeles, Ca.
90012



