Case No.　**CV 17-3649-JFW**　　　　　　　　　　　　　　　　　　　　Date: May 31, 2017
　　　　　　[CR15-131(A)-JFW]

Title:　　Teofil Brank -v- United States of America

**PRESENT:**

　　**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

　　Shannon Reilly　　　　　　　　　　　　None Present
　　**Courtroom Deputy**　　　　　　　　　**Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**　　**ATTORNEYS PRESENT FOR DEFENDANTS:**
　　　　　　　None　　　　　　　　　　　　　　　　　　　　　None

**PROCEEDINGS (IN CHAMBERS):**　　**ORDER DENYING WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. §2241**

　　On May 2, 2017, Teofil Brank filed a Writ of Habeas Corpus Pursuant to 28 U.S.C. §2241 ("Writ") [Docket No. 1]. On May 30, 2017, the Government filed its Opposition to Defendant's Writ of Habeas Corpus Pursuant to 28 U.S.C. §2241 [Docket No. 6].

　　After carefully reviewing the arguments presented by the parties, the Writ is denied for the reasons stated in the Government's Opposition.

　　IT IS SO ORDERED.

Initials of Deputy Clerk　sr