TEOFIL BRANK, pro se.
POB: 3725
Adelanto, Ca. 92301



IN THE CENTRAL U.S. DISTRICT OF CALIFORNIA

TEOFIL BRANK, pro se, ) Case #<u>CV-17-3649</u>. [CR-15-131(A)-JFW].
Plaintiff-Petitioner, )
) TEOFIL BRANK'S MOTION FOR A COURT ORDERED
) INVESTIGATION OF JURY TEMPERING, DENIAL OF
vs. ) A FAIR & PUBLIC TRIAL BY FEDERAL EMPLOYEES;
) NAMELY STAFF AND ATTORNEY FROM THE PUBLIC
) DEFENDER'S, THE U.S. ATTORNEY'S, F.B.I. &
) U.S. DEPARTMENT OF JUSTICE, DONE FOR THE
UNITED STATES OF AMERICA, ) BENEFIT BILLIONAIRE OF GOVERNMENT WITNESS
Respondent. ) DONALD BURNS.

    Now Plaintiff-Petitioner Teofil Brank, a layman without the aid of legal counsel & acting on his own behalf, seeking a COURT ORDERED INVESTIGATION OF JURY TAMPERING & DENIAL OF A FAIR & PUBLIC TRIAL BY FEDERAL EMPLOYEES.

    During Teofil Brank's 7-7-2015 trial before Judge John F. Walter, agents and employees of the federal government conspired and acting as group to pact the courtroom to deny the Defendant a fair & Public Trial and also to sway the jury.

    Plaintiff asked these co-conspirators/participants all be identified to see if their presents and actions were paid for or/or solicited by the Government Witness Billionaire Donald Burns (or his Attorney Douglas Axel) or, if they were directed my the Supervisors of their own Federal Agencies to attend Defendant Brank's trial to sway the jury and block public access.

    Also to determine if these Government Employees/Agents had desterted their posts and duties, at the tax-payer's expence, to be present during this three (3) day effort to sway the jury and block public access.

    It should be noted that the Court it's-self stated in open court that the Government Witness, Donald Burns "Had a Great Deal of Public & Political Influence", which could also be part of the motive for these government agencies to enter into an illegal conspiracy that resulted in this miscarriage of justice. This too requires a thorough investigation.

    This is a turn & correct statement sworn to under penalty of perjury and mailed in on May 30, 2017, by: _____
                                                       TEOFIL BRANK, in pro se.

cc: A.C.L.U.
    A.G. Jeff Sessions.

Adelanto, Ca.

92301-0708

Legal Mail

U.S. Court Clerk's Office
U.S. District Court
U.S. Courthouse, Room G-8.
Los Angeles, Calif.

90012

JFW



RECEIVED
CLERK, U.S. DISTRICT COURT
JUN - 6 2017
CENTRAL DISTRICT OF CALIFORNIA
BY                             DEPUTY