Teofil Brank, pro se.
POB: 3725
Adelanto, Ca. 92301



IN THE CENTRAL U.S. DISTRICT OF CALIFORNIA

TEOFIL BRANK, pro se,
Plaintiff-Petitioner

vs.

UNITED STATES OF AMERICA,
Respondent.

Case No; CV-17-3649. [CR-15-131(A)-JFW.]

MOVANT TEOFIL BRANK'S MOTION FOR THE APPOINTMENT OF A PRIVATE INVESTIGATOR TO IDENTIFY AND QUESTION THE CO-CONSPIRATORS/ PARTICIPANTS & DETERMINE IF THEIR PRESENTS AT TRIAL WAS ILLEGALLY MOTIVATED & IF THEY HAD DESERTED THEIR POSTS, AT TAXPAYER'S EXPENCE, TO BENEFIT BILLIONAIRE MR. BURNS AND SWAY THE JURY.

   Now comes Teofil Brank, a layman without the aid of counsel and acting on his own behalf to ask that this Honorable Court Appoint an Investigator in this matter.

   Being that Petitioner is in custody, and in the interest of Justice, this case needs an investigator to review the Court and Courthouse Tapes to identify these co-conspirators to prove that there was a conspiracy/ group effort to pack the "Jury Stage" of this trial with the intent to sway the Jury and block Public Access.

   It is most improtant for this Investigation to determine if these Federal Agents, Attorneys & Government Employees attended this Trial when they were on their own time or during their working hours, at the Tax-Payer's expense and/or did they receive some sort of payment-reward from their government agency or from billionaire Donald Burns directly and/or thru his attorney Dougles Axel?

   This is a true and correct statement sworn to under penalty of perjury and mailed in on June 3rd, 2017, by: _____.

                                                TEOFIL BRANK, pro se.

Teofil Brank, 68794-112
Federal Correction Institution-1.
POB: 3725. FCI-1.
Adelanto, Ca. 92301

U.S. COURT CLERK'S OFFICE
U.S. COURTHOUSE, ROOM G 8.
Los Angeles, Calif.
90012

JUN 1 2 2017
CENTRAL DISTRICT OF CALIFORNIA