**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 17-3649-JFW**                                                        Date: June 14, 2017
           [CR 15-131(A)-JFW]

Title:     Teofil Brank -v- United States of America

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

    **Shannon Reilly**                                          **None Present**
    **Courtroom Deputy**                                        **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
    None                                                           None

**PROCEEDINGS (IN CHAMBERS):**          **ORDER  DENYING TEOFIL BRANK'S MOTION FOR THE APPOINTMENT OF A PRIVATE INVESTIGATOR TO IDENTIFY AND QUESTION THE CO-CONSPIRATORS/PARTICIPANTS AND DETERMINE IF THEIR PRESENTS AT TRIAL WAS ILLEGALLY MOTIVATED AND IF THEY HAD DESERTED THEIR POSTS, AT THE EXPENCE, TO BENEFIT BILLIONAIRE MR. BURNS AND SWAY THE JURY  [filed 6/13/17]**

On June 13, 2017, Teofil Brank ("Petitioner ") filed a Motion for the Appointment of a Private Investigator to Identify and Question the Co-conspirators/participants and Determine If Their Presents at Trial Was Illegally Motivated and If They Had Deserted Their Posts, at the Expence, to Benefit Billionaire Mr. Burns and Sway the Jury ("Motion").

The Court concludes the Motion is frivolous and it is DENIED.

IT IS SO ORDERED.

Initials of Deputy Clerk __sr__