# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Teofil Brank | CASE NUMBER |
| --- | --- |
| PETITIONER | CV17-3649 JFW    CR15-131(A) JFW |
| v. | |
| United States of America | **ORDER RE: CERTIFICATE OF APPEALABILITY** |
| RESPONDENT. | |

On _____6/15/17_____, Petitioner filed a Notice of Appeal and a request for a Certificate of Appealability pursuant to 28 U.S.C. § 2253. The Court has reviewed the matter.

IT IS HEREBY ORDERED:

☐ The Certificate of Appealability is **GRANTED**. The specific issue(s) satisfy §2253(c)(2) as follows:

☒ The Certificate of Appealability is **DENIED** for the following reason(s):
  ☒ There has been no substantial showing of the denial of a constitutional right.
  ☐ The appeal seeks to test the validity of a warrant to remove to another district or place for commitment or trial.
  ☐ The appeal seeks to test the validity of the detention pending removal proceedings.

_____9/13/17_____                    _____[signature]_____
Date                                 United States District Judge